```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __10/21/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI'S CONFECTIONS, CORP.,

              Plaintiff,

-against-

KAI POPS, LLC,

              Defendant.

24 Civ. 8788 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Kai's Confections, Corp., brings this action invoking diversity subject matter jurisdiction under 28 U.S.C. § 1332(a).  *See* ECF No. 1 ¶ 10.  If Defendant, Kai Pops, LLC, is a limited liability company, as its name implies and the complaint alleges, then the complaint must allege the citizenship of each of the natural persons, and the place of incorporation and principal place of business of any corporate entities, who are members of the limited liability company. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) ("[A] limited liability company . . . takes the citizenship of each of its members.").  Accordingly, by **December 23, 2024**, Plaintiff shall amend its complaint to allege the citizenship of each of Defendant's members.  If Plaintiff fails to allege complete diversity, the complaint shall be dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

Dated: November 21, 2024
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge